UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL HUNTER,

       Plaintiff,                                          Civil Action No. 11-cv-12482

v.                                                    HON. MARK A. GOLDSMITH

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

       Defendants.

_____/

## ORDER STRIKING PLAINTIFF'S REQUEST FOR A TRIAL OR INVESTIGATION (Dkt. 26) AND LETTER (Dkt. 27)

Plaintiff Carl Hunter filed this lawsuit on June 8, 2011. Compl. (Dkt. 1). The action was dismissed on August 17, 2011, after Plaintiff failed to comply with a deficiency order. 8/17/11 Op. & Order (Dkt. 5). In February 2015, Plaintiff filed an application to proceed without prepayment of costs as well as an amended complaint, which the Court interpreted as a request to reinstate the case. The Court denied Plaintiff's request and instructed him to file a new complaint if he wished to pursue the matter. 4/30/15 Op. & Order (Dkt. 14). Plaintiff did not file a new case but instead filed a motion to be heard on December 4, 2015. Mot. (Dkt. 15). The Court denied that motion on January 11, 2016. 1/11/16 Op. & Order (Dkt. 16). Plaintiff continued to file documents in the case, including an amended complaint, a motion, and miscellaneous letters. See, e.g., Dkts. 17, 18, 20. On June 13, 2016, the Court struck Plaintiff's filings and stated that "Plaintiff is ordered not to file any further documents in the present case . . . . Any such filed documents will be stricken without notice." 6/13/16 Order at 2 (Dkt. 23). The Court stated that "[i]f Plaintiff wishes to pursue his claims further . . . he must file a new case." Id.

Plaintiff recently filed a request for a trial or investigation (Dkt. 26) and a letter (Dkt. 27). Because Plaintiff has been ordered not to file any further documents in this case, both filings will be stricken.

SO ORDERED.

Dated: October 17, 2024　　　　　　　　　s/Mark A. Goldsmith
　　　　　Detroit, Michigan　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　　United States District Judge